Name and address:
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI FIRESTONE,<br><br>Plaintiff(s)<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, ONEMAIN FINANCIAL, INC., and WESTLAKE FINANCIAL SERVICES, LLC,<br><br>Defendant(s). | CASE NUMBER<br>5:19-cv-01664-JGB-SHK<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hatzidimitriadis, Taxiarchis    of    Sulaiman Law Group, Ltd.
*Applicant's Name (Last Name, First Name & Middle Initial)*    2500 South Highland Avenue, Suite 200
(630) 575-8181    (630) 575-8188    Lombard, IL 60148
*Telephone Number*   *Fax Number*
thatz@sulaimanlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Kelli Firestone

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Wajda, Nicholas M.    of    Wajda Law Group, APC
*Designee's Name (Last Name, First Name & Middle Initial)*    6167 Bristol Parkway, Suite 200
259178    (310) 997-0471    (866) 286-8433    Culver City, CA 90230
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
nick@wajdalawgroup.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
    [ ] because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated    September 5, 2019    _____
                                U.S. District Judge/~~U.S. Magistrate Judge~~