# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELLI FIRESTONE

Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.

Defendant(s).

CASE NUMBER:

5:19–cv–01664–JGB–SHK

## NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Westlake Financial Services LLC  for the following reason(s):

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☒ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Party dismissed from action on
- ☐ Case terminated on
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- ☒ Other: Service in this manner is deemed complete on the 10th day after such mailing. See FRCP 4(h)(1) & (2), CCP 416.10 and CCP 415.20.

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- ☐ No Entry of Default on file
- ☐ No declaration as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55–3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ☐ Other:

CLERK, U.S. DISTRICT COURT

Date:  October 4, 2019          By:   /s/ *Angelique Dominguez*
                                        Deputy Clerk

CV–52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT